RECEIVED

JUL 1 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL JETT (#337652)                    DOCKET NO. 15-CV-215; SEC. P

VERSUS                                    JUDGE TRIMBLE

TIM KEITH, ET AL.                         MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation[1] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's original and amended complaint, specifically including plaintiff's request for a temporary restraining order, be **DENIED AND DISMISSED** with prejudice as frivolous and for failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 16th day of July, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 11, 19.